UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:16-CV-82009-ROSENBERG

SALVADOR REYES, on behalf of himself
and others similarly situated,

    Plaintiff,

v.

A.A. & A FAST CONSTRUCTION LLC, a
Florida Limited Liability Company, d/b/a
AA&A PAINTING SERVICES, and
VIRGINIA ORTIZ, individually,

    Defendants.
_____/

## CONSENT JUDGMENT AGAINST
## A.A. & A FAST CONSTRUCTION LLC d/b/a AA&A PAINTING SERVICES
## AND VIRGINIA ORTIZ

THIS MATTER is before the Court upon Plaintiff and Opt-In Plaintiff's Motion to Enforce Settlement and for Entry of Consent Judgment [DE 18]. Plaintiff and Opt-In Plaintiff having shown good cause, Defendants having failed to respond to the Motion, and the Court having reviewed the record and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that:

(1) Plaintiff and Opt-In Plaintiff's Motion to Enforce Settlement and for Entry of Consent Judgment [DE 18] is **GRANTED** and

(2) Plaintiff, SALVADOR REYES and Opt-In Plaintiff, TERESO PEREZ, shall take and recover the total sum of $21,737.50, representing (i) $18,000.00 Consent Judgment for Plaintiff's and Opt-In Plaintiff's overtime wages and liquidated damages and attorneys' fees and costs; and (ii) $3,737.50 in additional attorneys' fees and costs to the Law Office of Keith M. Stern, P.A.,

1

against A.A. & A FAST CONSTRUCTION LLC, d/b/a AA&A PAINTING SERVICES and VIRGINIA ORTIZ, jointly and severally, which sum shall bear post-judgment interest at the rate prescribed by 28 U.S.C. §1961.

**DONE AND ORDERED** in Chambers, West Palm Beach, Florida, this 27th day of June, 2018.

Copies furnished to:
Counsel of Record

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE